## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| RAMON MARCANO | Case No.: 5-17-03062-MJC |
| DENISE M. MARCANO | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name: FREEDOM MORTGAGE CORP
Court Claim Number: 08
Last Four of Loan Number: wildflower Dr Loan #5586
Property Address if applicable: 8130 WILDFLOWER DRIVE, , TOBYHANNA, PA18466

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $0.00
b. Prepetition arrearages paid by the Trustee: $00.0
c. Amount of postpetition fees, expenses, and charges recoverable
  Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
  Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $3,087.42
f. Postpetition arrearages paid by the Trustee: $3,087.42
g. Total b, d, f: $3,087.42

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: May 25, 2022                                  Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: FREEDOM MORTGAGE CORP
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5210 | 1220385 | 08/12/2020 | $60.16 | $0.00 | $60.16 |
| 5210 | 1220385 | 09/09/2020 | $-60.16 | $0.00 | $-60.16 |
| 5210 | 1221426 | 09/17/2020 | $260.47 | $0.00 | $260.47 |
| 5210 | 1222467 | 10/15/2020 | $133.54 | $0.00 | $133.54 |
| 5210 | 1223324 | 11/03/2020 | $135.03 | $0.00 | $135.03 |
| 5210 | 1227028 | 02/17/2021 | $142.88 | $0.00 | $142.88 |
| 5210 | 1228035 | 03/17/2021 | $135.02 | $0.00 | $135.02 |
| 5210 | 1229059 | 04/15/2021 | $2,280.48 | $0.00 | $2280.48 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RAMON MARCANO  Case No.: 5-17-03062-MJC
DENISE M. MARCANO  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 25, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID DRIVE<br>FISHERS, IN, 46037-9764 | SERVED BY 1ST CLASS MAIL |
| RAMON MARCANO<br>DENISE M. MARCANO<br>8130 WILDFLOWER DRIVE<br>TOBYHANNA, PA 18466 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 25, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com