United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-03062-MJC
Ramon Marcano  Chapter 13
Denise M. Marcano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: May 27, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

**Recip ID**     **Recipient Name and Address**
    + New York City Transit, Treasury Dept. Room 7085, 130 Livingston Street, Brooklyn, NY 11201-5106

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com mario.hanyon@brockandscott.com |
| Matthew Christian Waldt | on behalf of Creditor Freedom Mortgage Corporation mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ramon Marcano rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |

Robert J Kidwell, III
    on behalf of Debtor 2 Denise M. Marcano rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 2 Denise M. Marcano lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
    on behalf of Debtor 1 Ramon Marcano lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| RAMON MARCANO, and : | |
| DENISE M. MARCANO, : | CASE NO.: 17-03062-MJC |
| a/k/a DENISE MARIE MARCANO, : | |
| a/k/a DENISE MARCANO : | |
| Debtors : | |

## ORDER

Upon consideration of Debtors' Motion to Terminate Wage Attachment Order, Dkt. # 73 ("Motion"), it is hereby

**ORDERED** and **DECREED** that said Motion is hereby **GRANTED** and the Wage Attachment entered in the herein case pursuant to Order dated August 1, 2017 is hereby terminated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 27, 2022